**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6647**

———————

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

ROMAINE SMITH, Correctional Officer; JOHN DOE,
Inmate,

Defendants - Appellees.

———————

**No. 06-6650**

———————

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

C. SIMONS, Unit Manager Professional and
Individual Capacities; ROMAINE SMITH,
Correctional Counsel Professional and
Individual Capacities; JOHN DOE, Inmate,
Professional and Individual Capacities,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:03-cv-00884-RBS-FB; 2:04-cv-307)

Submitted: June 22, 2006                    Decided: July 3, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis E. Crawford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis E. Crawford appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b), in which he sought reconsideration of the court's order denying his motion to reopen his civil action. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Crawford v. Smith, No. 2:03-cv-00884-RBS-FB; Crawford v. Simons, No. 2:04-cv-307 (E.D. Va. Mar. 30, 2006). We deny Crawford's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED